```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

JACK E. VANCE,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:16-10725

WEST VIRGINIA STATE POLICE
POCAHONTAS COUNTY DETACHMENT,

    Defendant.

## JUDGMENT ORDER

For reasons expressed in the Memorandum Opinion and Order filed this day, the court **DENIES** plaintiff's application to proceed without prepayment of fees and costs, **GRANTS** defendant's motion to dismiss, **DISMISSES** plaintiff's complaints, and **DIRECTS** the Clerk to remove this matter from the court's active docket.

The Clerk is further directed to forward a certified copy of this Judgment Order to plaintiff, counsel of record, and unrepresented parties.

IT IS SO ORDERED this 1st day of March, 2018.

                                      ENTER:

                                      David A. Faber
                                      Senior United States District Judge